# EXHIBIT B



**Experian - Thorium 3 Matter**
**List of Privilege Search Terms**

| Ref # | Privilege Search Term | Source | Note |
|---|---|---|---|
| 1 | Peter Krupp | Initial term from Varnum on February 23, 2015. | |
| 2 | Rhett Pinsky | Initial term from Varnum on February 23, 2015. | |
| 3 | Benjamin Symko | Initial term from Varnum on February 23, 2015. | |
| 4 | Elizabeth Skaggs | Initial term from Varnum on February 23, 2015. | |
| 5 | Beth Skaggs | Initial term from Varnum on February 23, 2015. | |
| 6 | Jon Bylsma | Initial term from Varnum on February 23, 2015. | |
| 7 | peter.krupp@skadden.com | Added by Navigant. Variation of initial term. | |
| 8 | Peter w/3 Krupp | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 9 | Rhett w/3 Pinsky | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 10 | Benjamin w/3 Symko | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 11 | Elizabeth w/3 Skaggs | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 12 | Beth w/3 Skaggs | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 13 | ewskaggs@varnumlaw.com | Added by Navigant. Variation of initial term. | |
| 14 | Jon w/3 Bylsma | Added by Navigant. Variation of initial term. | w/3 is a proximity search for any location where the two terms are within three words of each other. |
| 15 | jmbylsma@varnumlaw.com | Added by Navigant. Variation of initial term. | |
| 16 | Krupp | Added by Navigant. Variation of initial term. | |
| 17 | Pinsky | Added by Navigant. Variation of initial term. | |
| 18 | Symko | Added by Navigant. Variation of initial term. | |
| 19 | Skaggs | Added by Navigant. Variation of initial term. | |
| 20 | Skadden | Added by Navigant. Variation of initial term. | |
| 21 | Varnum | Added by Navigant. Variation of initial term. | |
| 22 | Bylsma | Added by Navigant. Variation of initial term. | |
| 23 | Privilege* | Additional term added by Navigant on March 19, 2015. | An asterisk is a wild card that matches any character. |