# EXHIBIT C

Amazon
"Amazon web services"
Amir w/3 Behrozi
amir.behrozi@experian.com
amir.behrozi@thorium3.com
abehrozi@alumni.pepperdine.edu
abehrozi@gmail.com
Amway
ann1023tom@yahoo.com
Anna w/3 Thomas
anna.thomas@experian.com
anna.thomas@thorium3.com
blewis07@gmail.com
"Bristol Meyers"
Cablevision
Citi
"Citi Fund Services"
"Citicorp Credit Service"
Cloud
confluence.thorium3.com
Conversen
"Ottley-Thistlethwaite"
craig.ottley-thistlethwaite@experian.com
craig.ottley-thistlethwaite@thorium3.com
craig.ottley@gmail.com
craig.ottley-thistlethwaite@dacpac.com
craig.ottley-thistlethwaite@wonga.com
craig.ottley-thistlethwaite@outlook.com
Eidex
Emad w/3 Georgy
emad.georgy@experian.com
"Estee Lauder"
"Estee Marketing"
Experian
Forward w/3 Technologies
Gareth w/3 Edge
gareth.edge@experian.com
gareth.edge@thorium3.com
gareth.t.edge@googlemail.com
gareth.t.edge@gmail.com
git.thorium3.com
"google drive"
Gordon w/3 Cowie
gordon.cowie@experian.com
gordon.cowie@thorium3.com
gcowie@live.com

Govind w/3 Asawa
govind.asawa@experian.com
govind.asawa@thorium3.com
govind.asawa@gmail.com
govindasawa@gmail.com
Harvey w/3 Pass
hpass@iisl.com
hpdiscoversupport@hp-events.com
"Health Management"
"Hewlett Packard"
"HP Discover"
"Integrity Analytics"
"International Integrated Solutions"
IIS
info@thorium3.com
Integrity
 jira.thorium3.com
James w/3 Mcvey
james.mcvey@experian.com
james.mcvey@thorium3.com
james.mcvey@nomura.com
mcvey_james@hotmail.com
Jeremy w/3 Lehman
jeremy.lehman@experian.com
jeremy.lehman@thorium3.com
Jeremy.lehman@hotmail.com
jeremyjlehman@gmail.com
jlehman@grangergroup.us
Jetblue
"Johnson & Johnson"
MLB
"Major League Baseball"
manoj w/3 khanwalkar
manoj.khanwalkar@experian.com
Mark w/3 Frisch
Mark w/3 Wan
mark.frisch@experian.com
mark.frisch@thorium3.com
mark.frisch@yahoo.com
mark.frisch@gmail.com
markfrisch@gmail.com
markfrisch@yahoo.com
mark_frisch@yahoo.com
mfrisch@ucla.edu
mfrsich@ucla.edu
mark.wan@experian.com

mark.wan@thorium3.com
markwan@me.com
markcswan@gmail.com
markwan@mac.com
mark.wan@db.com
McGraw w/3 Hill
(Mike or Michael) w/3 DeVico
michael.devico@experian.com
Monika w/3 Jakober
monika.jakober@thorium3.com
monikajakober@gmail.com
"Network Solutions"
Neustar
Nielsen
Ranu w/3 Nayak
ranu.nayak@experian.com
ranu.nayak@thorium3.com
santoshnayak72@gmail.com
nayak_ranu@yahoo.com
Salar w/3 Ghahary
salar.ghahary@experian.com
salar.ghahary@thorium3.com
sghahary@cevant.com
salar_ghahary@cevant.com
Sarah w/3 Litt
sarah.litt@experian.com
sarah.litt@thorium3.com
littsarah@gmail.com
seniorliving.slitt@mayapizza.com
seniorliving.slitt@selysion.com
slitt@lsuboston.com
socialsecuritydisability.slitt@letosystems.com
slitt@qualitynet.net
slitt5769@capval-llc.com
slitt285@pd-eng.co.jp
slitt@lavoliere.com
slitt@sbb.rs
vy.slitt@anasae.com
slitt@telecomitalia.it
slitt@jazztel.es
slitt@assuredmortgage.ca
Sergey w/3 Vladimirov
sergey.vladimirov@experian.com
sergey.vladimirov@thorium3.com
sergey@conversen.com

sergeyvladimirov@conversen.com
Sid w/3 Ghatak
sid.ghatak@experian.com
sid.ghatak@thorium3.com
"Thomson Reuters"
Thorium
thorium3.com
thorium3.us
thorium3.biz
thorium3.net
thorium3.org
thorium3.info
"Thorium Data Science"
"Thorium, LLC"
Trevor w/3 Watkins
trevor.watkins@experian.com
trevorwatkins@mail.com
trevorwatkins@gmail.com
trevor.watkins@thorium3.com
trevor@thorium3.com
"University of Pennsylvania"
Upenn
Vertica
Vijay w/3 Rajaram
vijay.rajaram@experian.com
vijay.rajaram@thorium3.com
vijay.rajaram007@gmail.com
vijay.rajaram@me.com
vijay.rajaram@icloud.com
vijay.rajaram@sparzen.com
vijay_001@yahoo.com
vijau_rajaram@me.com
yrudman@verizon.net
yrudman1@verizon.net